Jennie B. Benson, appellee, v. Harry Salvat et al., appellants. Gen. No. 34,130.

Heard in the first division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.

John A. Bloomingston, for appellants. David K. Tone, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Michigan Central Railroad Company, defendant in error, v. Louis Feinstein, trading as L. Feinstein & Company, plaintiff in error. Gen. No. 34,199.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930. Rehearing denied July 11, 1930.

O'Connell, McGlinn & O'Gallagher, for plaintiff in error; Kieran P. O'Gallagher and Leo N. McGlinn, of counsel. Winston, Strawn & Shaw, for defendant in error; Bryce L. Hamilton, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Hyman Friedstein, appellee, v. Henry H. Hart, appellant. Gen. No. 34,258.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930.

Leon J. Ell, for appellant; Irwin S. Rubelle and Charles Liebman, of counsel. Hume & Kennedy, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Atlas Copper & Brass Manufacturing Company, appellee, v. Trans-Continental Freight Company, appellant. Gen. No. 34,276.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930.

Pruitt & Grealis, for appellant. Albert H. Fry, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.